# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| D'AGOSTINO, MAE A. | US District Court for the Northern Districty of New York | 04/28/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

US District Court
James T. Foley US Courthouse
445 Broadway
Albany, NY 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **D'AGOSTINO, MAE A.** | 04/28/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | ALbany Law School | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **D'AGOSTINO, MAE A.** | 04/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | L | T | | | | | |
| 2. Trustco Bank - checking accocunt | A | Interest | K | T | | | | | |
| 3. Trustco Bank - money market | A | Interest | J | T | | | | | |
| 4. TD Ameritrade Brokerage Account (H) | | | | | | | | | |
| 5. ISHARES TRUST MSCI ACWI ETF | A | Dividend | J | T | Buy | 10/21/19 | J | | |
| 6. AMERICAN FUNDS EUROPACIFIC | A | Dividend | | | Sold | 04/02/19 | J | | |
| 7. ARTISAN INTL VAL FD | A | Dividend | | | Sold | 04/02/19 | J | | |
| 8. ARTISAN MID CAP VALUE FD | A | Dividend | | | Sold | 04/02/19 | J | | |
| 9. FIDELITY ADVISOR STRATEGIC INCOME RETAIL | A | Dividend | | | Sold | 04/02/19 | J | | |
| 10. ARTISAN MID CAP VALUE FD FIDELITY ADVISOR STRATEGIC INCOME RETAIL | A | Dividend | | | Sold | 04/02/19 | J | | |
| 11. FIDELITY CAP & INCOME FD | A | Dividend | | | Sold | 04/02/19 | J | | |
| 12. FIDELITY CONTRA FUND | A | Dividend | | | Sold | 04/02/19 | J | | |
| 13. FIDELITY ADVISOR FLOATING RT | A | Dividend | | | Sold | 04/02/19 | J | | |
| 14. FIDELITY LOW PRICED STOCK | A | Dividend | | | Sold | 04/02/19 | J | | |
| 15. FIDELITY CONTRA FUND | A | Dividend | | | Sold | 04/02/19 | J | | |
| 16. FIDELITY REAL ESTATE INC FD | A | Dividend | | | Sold | 03/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. FIDELITY REAL ESTATE INC FD | A | Dividend | | | Sold | 04/02/19 | J | | |
| 18. FIDELITY STRAT DIV & INC FD | A | Dividend | | | Sold | 04/02/19 | J | | |
| 19. FIDELITY EXTENDED MRKT INDEX RETAIL | A | Dividend | | | Sold | 04/02/19 | J | | |
| 20. FIDELITY MID CAP INDEX RETAIL | A | Dividend | | | Sold | 04/02/19 | J | | |
| 21. FIDELITY MEDICAL EQUIP & SYS PORT | A | Dividend | | | Sold | 04/02/19 | J | | |
| 22. FIDELITY TECH PORTFOLIO | A | Dividend | | | Sold | 04/02/19 | J | | |
| 23. FIDELITY TOTAL BOND FUND | A | Dividend | | | Sold | 04/02/19 | J | | |
| 24. FIDELITY ADV TELECOMM I | A | Dividend | | | Sold | 04/02/19 | J | | |
| 25. FIDELITY 500 INDEX RETAIL | A | Dividend | | | Sold | 04/02/19 | K | | |
| 26. JP MORGAN ETF TRUST ULTRA SHRT | A | Dividend | | | Buy | 04/02/19 | J | | |
| 27. JP MORGAN ETF TRUST ULTRA SHRT | A | Dividend | | | Buy | 10/21/19 | J | | |
| 28. JP MORGAN ETF TRUST ULTRA SHRT | A | Dividend | J | T | Buy | 11/15/19 | J | | |
| 29. MATTHEWS INTL FDS ASIA DIVIDEND FD | A | Dividend | | | Sold | 04/02/19 | J | | |
| 30. MFS VALUE I | A | Dividend | | | Sold | 04/02/19 | J | | |
| 31. OPPENHEIMER INTL SMALL CO | A | Dividend | | | Sold | 04/02/19 | J | | |
| 32. PIMCO INTERNATIONAL BD USD HEDGED A | A | Dividend | | | Sold | 04/02/19 | J | | |
| 33. JP MORGAN TR II CORE BOND A | A | Dividend | K | T | Buy | 04/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. PIN OAK | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 35. JPMORGAN FUNDS CORE BOND A | A | Dividend | | | Sold | 10/21/19 | J | | |
| 36. PIN OAK | A | Dividend | | | Sold | 10/21/19 | J | | |
| 37. SPDR SERIES TRUST PORTFOLIO LR ETF | A | Dividend | J | T | Buy | 10/21/19 | J | | |
| 38. | | | | | | | | | |
| 39. TD Ameritrade IRA (H) | | | | | | | | | |
| 40. ISHARES TRUST MSCI ACWI ETF | A | Dividend | | | Buy | 10/10/19 | M | | |
| 41. ISHARES TRUST MSCI ACWI ETF | A | Dividend | | | Buy | 10/24/19 | L | | |
| 42. ISHARES TRUST MSCI ACWI ETF | A | Dividend | M | T | Buy | 10/31/19 | J | | |
| 43. AMERICAN FUNDS EUROPACIFIC GROWTH | A | Dividend | | | Sold | 04/02/19 | L | | |
| 44. ISHARES TRUST AGENCY BOND ETF | A | Dividend | L | T | Buy | 10/10/19 | M | | |
| 45. ISHARES TRUST AGENCY BOND ETF | A | Dividend | | | Sold (part) | 10/24/19 | L | | |
| 46. ARTISAN INTL VAL FD | A | Dividend | | | Sold | 04/02/19 | L | | |
| 47. AMERICAN BEACON BRIDGEWAY LARGE CAP VALUE | A | Dividend | | | Sold | 04/02/19 | L | | |
| 48. WISDOMTREE TRUST US MIDCAP DIVID ETF | A | Dividend | | | Buy | 04/02/19 | J | | |
| 49. WISDOMTREE TRUST US MIDCAP DIVID ETF | A | Dividend | | | Buy | 04/02/19 | M | | |
| 50. WISDOMTREE TRUST US MIDCAP DIVID ETF | A | Dividend | | | Sold | 10/10/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. WISDOMTREE TRUST US MIDCAP DIVID ETF | A | Dividend | | | Sold | 10/10/19 | L | | |
| 52. FIDELITY ADVISOR STRATEGIC INCOME RETAIL | A | Dividend | | | Sold | 04/02/19 | M | | |
| 53. FIDELITY CAP & INCOME FD | A | Dividend | | | Sold | 04/02/19 | L | | |
| 54. FIDELITY CONTRAFUND | A | Int./Div. | | | Sold | 04/02/19 | L | | |
| 55. FIDELITY CONSERVATIVE BOND | A | Dividend | | | Sold | 04/02/19 | L | | |
| 56. FIDELITY ADVISOR FLOATING RT HI INC FD | A | Dividend | | | Sold | 04/02/19 | M | | |
| 57. ISHARES TRUST FLTG RATE NT ETF | A | Dividend | | | Buy | 04/02/19 | M | | |
| 58. ISHARES TRUST FLTG RATE NT ETF | A | Dividend | | | Sold | 10/24/19 | M | | |
| 59. ISHARES TRUST FLTG RATE NT ETF | A | Dividend | | | Sold | 10/10/19 | L | | |
| 60. FIDELITY REAL ESTATE INC FD | A | Dividend | | | Sold | 04/02/19 | M | | |
| 61. FIDELITY EXTENDED MRKT INDEX RETAIL | A | Dividend | | | Sold | 04/02/19 | M | | |
| 62. FIDELITY MID CAP INDEX RETAIL | A | Dividend | | | Sold | 04/02/19 | K | | |
| 63. FIDELITY HEALTH CARE | A | Dividend | | | Sold | 04/02/19 | K | | |
| 64. FIDELITY ADV TELECOMM | A | Dividend | | | Sold | 04/02/19 | K | | |
| 65. FIDELITY 500 INDEX RETAIL | A | Dividend | | | Sold | 04/02/19 | K | | |
| 66. ISHARES TRUST US TREAS BD ETF | A | Dividend | N | T | Buy | 10/10/19 | N | | |
| 67. ISHARES GOLD TRUST ISHARES ETF | A | Dividend | | | Buy | 04/02/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ISHARES GOLD TRUST ISHARES ETF | A | Dividend | | | Sold | 05/06/19 | L | | |
| 69. ISHARES GOLD TRUST ISHARES ETF | A | Dividend | | | Sold | 11/15/19 | J | | |
| 70. ISHARES GOLD TRUST ISHARES ETF | A | Dividend | | | Buy | 10/24/19 | K | | |
| 71. JANUS HENDERSON GLOBAL TECHNOLOGY | A | Dividend | | | Sold | 04/02/19 | M | | |
| 72. JP MORGAN ETF TRUST CORE PLUS BD ETF | A | Dividend | J | T | Buy | 10/10/19 | K | | |
| 73. JP MORGAN ETF TRUST ULTRA SHRT INC ETF | A | Dividend | | | Buy | 04/02/19 | N | | |
| 74. JP MORGAN ETF TRUST ULTRA SHRT INC ETF | A | Dividend | M | T | Buy | 06/17/19 | L | | |
| 75. JP MORGAN ETF TRUST ULTRA SHRT INC ETF | A | Dividend | | | Sold (part) | 10/10/19 | M | | |
| 76. SPDR SERIES TRUST SSGA US LRG ETF | A | Dividend | | | Buy | 10/10/19 | L | | |
| 77. SPDR SERIES TRUST SSGA US LRG ETF | A | Dividend | | | Sold | 11/15/19 | K | | |
| 78. MFS VALUE I | A | Dividend | | | Sold | 04/02/19 | M | | |
| 79. OPPENHEIMER INTL SMALL CO CL A | A | Dividend | | | Sold | 04/02/19 | L | | |
| 80. PARNASSUS MID CAP FUND | A | Dividend | | | Sold | 04/02/19 | L | | |
| 81. PIMCO INTERNATIONAL BD USD HEDGED A | A | Dividend | | | Sold | 04/02/19 | L | | |
| 82. JP MORGAN TR II CORE BOND A | A | Dividend | | | Sold | 04/02/19 | N | | |
| 83. JP MORGAN TR II CORE BOND A | A | Dividend | J | T | Sold (part) | 10/10/19 | K | | |
| 84. OAK ASSOCIATES PIN OAK EQUITY | A | Dividend | J | T | Buy | 04/02/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85.   ISHARES GOLD TRUST ISHARES ETF | A | Dividend | | | Sold | 10/10/19 | L | | |
| 86.   FEDERATED FTD PRM CSH OBLGTNS | A | Dividend | | | Sold | 10/10/19 | L | | |
| 87.   FEDERATED FTD PRM CSH OBLGTNS | A | Dividend | | | Buy | 04/02/19 | K | | |
| 88.   ISHARES TRUST USA QUALITY FCTR ETF | A | Dividend | | | Buy | 10/10/19 | K | | |
| 89.   ISHARES TRUST USA QUALITY FCTR ETF | A | Dividend | M | T | Buy | 10/24/19 | M | | |
| 90.   SPDR SERIES TRUST SSGA US SMAL ETF | A | Dividend | | | Buy | 10/10/19 | K | | |
| 91.   SPDR SERIES TRUST SSGA US SMAL ETF | A | Dividend | | | Sold | 11/15/19 | K | | |
| 92.   SPDR INDEX SHARES FUNDS PORTFOLIO EMG MK ETF | A | Dividend | K | T | Buy | 11/15/19 | K | | |
| 93.   SPDR SERIES TRUST PORTFOLIO INTRMD ETF | A | Dividend | | | Buy | 10/10/19 | M | | |
| 94.   SPDR SERIES TRUST PORTFOLIO INTRMD ETF | A | Dividend | M | T | Sold (part) | 10/24/19 | L | | |
| 95.   SPDR SERIES TRUST PORTFOLIO LR ETF | A | Dividend | | | Buy | 10/10/19 | L | | |
| 96.   SPDR SERIES TRUST PORTFOLIO LR ETF | A | Dividend | | | Sold | 10/24/19 | K | | |
| 97.   SPDR SERIES TRUST PRTFLO S&P500 HI ETF | A | Dividend | K | T | Buy | 04/02/19 | L | | |
| 98.   SPDR SERIES TRUST PRTFLO S&P500 HI ETF | A | Dividend | | | Sold (part) | 10/10/19 | M | | |
| 99.   ISHARES TRUST BROAD USD HIGH ETF | A | Dividend | | | Buy | 10/10/19 | K | | |
| 100.  ISHARES TRUST BROAD USD HIGH ETF | A | Dividend | K | T | Sold (part) | 10/24/19 | J | | |
| 101.  SPDR SERIES TRUST NYSE TECH ETF | A | Dividend | K | T | Buy | 10/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. INVESCO EXCHANGE TRADED FUND T S&P SMLCP LOW ETF | A | Dividend | | | Buy | 04/02/19 | M | | |
| 103. INVESCO EXCHANGE TRADED FUND T S&P SMLCP LOW ETF | A | Dividend | | | Sold | 10/10/19 | M | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'AGOSTINO, MAE A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **D'AGOSTINO, MAE A.** | 04/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| D'AGOSTINO, MAE A. | 04/28/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ MAE A. D'AGOSTINO**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544